UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ERIKA CONNER, et al.,

    Plaintiff,

v.

    Case No. 2:10-CV-0511
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE MARK R. ABEL

CITY OF COLUMBUS, et al.,

    Defendants.

### ORDER

Defendants filed a Motion for Summary Judgment (Doc. 19) on December 2, 2011. Plaintiffs have yet to respond. Plaintiffs may have until **June 5, 2012** to respond to the Defendants' Motion for Summary Judgment. In the absence of the Plaintiffs' response, the Court will proceed to rule on the motion.

**IT IS SO ORDERED.**

5-22-2012
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE