# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**ERIKA CONNER, et al.,**

        **Plaintiffs,**

                             **Case No. 2:10-CV-0511**
        **v.**                         **JUDGE EDMUND A. SARGUS, JR.**
                                    **MAGISTRATE JUDGE MARK R. ABEL**

**CITY OF COLUMBUS, et al.,**

        **Defendants.**

## ORDER

In light of the Magistrate Judge's Order (Doc. 27) directing the Defendants to file a response to Plaintiff Erika Conner's motion for an extension of time, the Court's previous Order (Doc. 28) is **VACATED**.

        **IT IS SO ORDERED.**

_5 - 29 - 2012_
**DATED**

                                    **EDMUND A. SARGUS, JR.**
                                    **UNITED STATES DISTRICT JUDGE**