AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ERIKA CONNER, et al.,**

      **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

v.

**CITY OF COLUMBUS, et al.,**

      **Defendants.**

CASE NO. C2-10-511
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 9, 2012, JUDGMENT is hereby entered in favor of the Defendants. This case is DISMISSED.**

Date: August 9, 2012                     JAMES BONINI, CLERK

                                                      */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                      Courtroom Deputy Clerk